

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00308-CV

**IN THE INTEREST OF S.A.W., A CHILD**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12167
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellee's brief is due October 27, 2016. On September 22, 2016, appellant and appellee filed an agreed motion to abate the appeal. In the motion, appellant and appellee advise this court that "[t]he parties to this appeal are in the midst of negotiating the issues that underlie this appeal." Based on this information, the parties request that we abate this appeal for 75 days to allow them to resolve their differences.

Based on the foregoing, we **GRANT** the agreed motion to abate in part, and we **ORDER** this appeal abated until further order of this court. We further **ORDER** the parties to file either the appropriate motion to dismiss this appeal or a motion to reinstate appellate deadlines no later than **November 14, 2016**. **With regard to the filing of either a motion to dismiss or motion to reinstate, no extensions of time will be considered or granted without written proof of extraordinary circumstances.** If the appeal is reinstated, appellee's brief is due thirty days from the date of reinstatement.

All other appellate deadlines are held in abeyance pending further order of this court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court